# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Jorwill Alberto Urbina Manrique

**Plaintiff,**

**V.**

Christopher LaRose, Warden, Otay Mesa Detention Center

**Defendant.**

**Civil Action No.** 26cv5450-RBM-JAC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted.

**Date:** 9/30/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Petersen
J. Petersen, Deputy